IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 21-cv-6337<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Heather K. McShain |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff THOSE CHARACTERS FROM CLEVELAND, LLC ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 2, 2021, [Dkt. Nos. 26, 27] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks and copyrights (the "CARE BEARS Trademarks and Copyrights") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the CARE BEARS Trademarks and Copyrights. See Docket Nos. 11-24, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the CARE BEARS Trademarks and Copyright.

  This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

  Specifically, Plaintiff has proved a prima facie case of trademark infringement because (1) the CARE BEARS Trademarks and Copyrights are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register and the CARE BEARS Copyrights are registered with the U.S. Copyright Office, (2) Defendants are not licensed or

authorized to use any of the CARE BEARS Trademarks and Copyrights, and (3) Defendants' use of the CARE BEARS Trademarks and Copyrights is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the CARE BEARS Trademarks and Copyrights irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the CARE BEARS Trademarks and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CARE BEARS product or not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine CARE BEARS product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the CARE BEARS Trademarks and Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of CARE BEARS's trademarks and copyrights, including the CARE BEARS Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online

marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. and PayPal, Inc. ("PayPal") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CARE BEARS Trademarks.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, eBay and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 1 to the Declaration of Sean Gorman, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the email addresses identified in Exhibit 1 to the Declaration of Sean Gorman and any email addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "CAIJIAN NINE Store and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-

mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Schedule A to the Pleading(s) [Dkt. No. 7], Exhibits [11-24] thereto and the TRO [Dkt. No. 27] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Date: January 13, 2022

/s/ Martha M. Pacold
United States District Judge

Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | CAIJIAN NINE Store |
| 2 | DLOVEC Store |
| 3 | Goobuy Store |
| 4 | Innovation fingertips Nai Store |
| 5 | iSticker Store |
| 6 | Magicshark Official Store |
| 7 | MMKPJ Store |
| 8 | Seven-color socks Store |
| 9 | Shop5058366 Store |
| 10 | Shop5882723 Store |
| 11 | Shop910316210 Store |
| 12 | Shop910321116 Store |
| 13 | Skiprint Store |
| 14 | Tifcojew Tools 23 Store |
| 15 | VapeThink Store |
| 16 | World City Sock Store |
| 17 | Yeyang Store |
| 18 | ZYLAN Factory Store |
| 19 | Shaoxing Mange Textile Co., Ltd. |
| 20 | Shenzhen Heqiao Technology Co., Ltd. |
| 21 | Wenzhou Datu Plastic Craft Co., Ltd. |
| 22 | Yiwu Funail Art Co., Ltd. |
| 23 | Yiwu Shizhixiu Cosmetics Co., Ltd. |
| 24 | Fnnol INC |
| 25 | Kiristyle |
| 26 | minchuiqiangu |

| | |
|---|---|
| 27 | Sunny-New Store |
| 28 | TangShanNuanKaiShangMaoYouXianGongSi |
| 29 | U-home-US |
| 30 | WXNCFZD-US |
| 31 | yongdingxinxi |
| 32 | ZHUANSHOP |
| 33 | 001 good study Store |
| 34 | 7 Region Street Clothes Store |
| 35 | A+ Good Store |
| 36 | Aandy Store |
| 37 | Abner Store |
| 38 | Adiemus Store |
| 39 | AINYOOUSEM wallpaper Store |
| 40 | AnnWood Store |
| 41 | Baby & children's clothes Store |
| 42 | Beautiful sunshine Warm wind |
| 43 | Bebobsons Playful Store |
| 44 | Best goods for best you |
| 45 | Carmotors Store |
| 46 | C-Block Store |
| 47 | CHAOZHU Official Store |
| 48 | Cheap socks Store |
| 49 | Childland Poem Store |
| 50 | Coaster_hevey Store |
| 51 | Colour Qilmily Store |
| 52 | Cotton Idea |
| 53 | Crmresin Store |
| 54 | DA TIAN Store |

| | |
|---|---|
| 55 | DAYIFUN Store |
| 56 | Dianruo's Store |
| 57 | DKN Store |
| 58 | downstairs Official Store |
| 59 | Drinkwares Store |
| 60 | DTSTARZG Store |
| 61 | earlfamily V Store |
| 62 | fivecinq Official Store |
| 63 | Footprint men women socks shop Store |
| 64 | Funny Cos Store |
| 65 | Funny man socks Store |
| 66 | Gemfits88 Store |
| 67 | Gimue Stationery Store |
| 68 | Golden wheat field harvest art Store |
| 69 | Guangzhou E-GOcase Electronics Technology Company Ltd. |
| 70 | Guangzhou Excellent Rhinestone Transfers Factory |
| 71 | H&R Apparal Store |
| 72 | Hangzhou Weise Supply Chain Management Co., Ltd. |
| 73 | HaNismt Store |
| 74 | HANZIMAN Store |
| 75 | Haorry Store |
| 76 | HAT11 Store |
| 77 | HEPOSCKONE Store |
| 78 | HIZILENT GOTHIC HARAJUKA Store |
| 79 | HUIHUA Global Store |
| 80 | IELGY Official Store |
| 81 | ILIKEYOU Store |
| 82 | Interesting little ornaments Store |

| | |
|---|---|
| 83 | iPhone-case Store |
| 84 | JAMMZA Official Store |
| 85 | JAX`S SHOP Store |
| 86 | jemy Store |
| 87 | Jiangxi Zhilin Imp&Exp Co., Ltd. |
| 88 | Jinjiang SD Shoes And Garment Co., Ltd. |
| 89 | Johnny Store |
| 90 | KIGALOON Boutique Store |
| 91 | Kollogg Store |
| 92 | Kunwei wallpaper Co., Ltd. Store |
| 93 | LINKCH IIIC Digital Store |
| 94 | LIONZONE Official Store |
| 95 | Little Monkey Stationery Store |
| 96 | Loveverything Store |
| 97 | LuxuryBrandcases Store |
| 98 | MaiYaNO1 Store |
| 99 | Majesee Lover Store |
| 100 | Maker Bless Toy Store |
| 101 | Men Woman World Stocking Store Store |
| 102 | Menel Nail Art Store |
| 103 | Mesekris sock Store |
| 104 | Milofi xiudou Store |
| 105 | Ming Stationery Store |
| 106 | Monilasu Store |
| 107 | N&H Store |
| 108 | Nail Art Diary Store |
| 109 | Nu Nu Store |
| 110 | oairangte1 Store |

| | |
|---|---|
| 111 | OMEA Boutique Store |
| 112 | Oriana Store |
| 113 | PhoneCase Drop Shipping Store |
| 114 | photo backdrops background Store |
| 115 | plainbam 3C Wholesales Store |
| 116 | renaissance socks Store |
| 117 | RIKONKA Nail Supplies Store |
| 118 | ROSECA NailSticker Store |
| 119 | Salimism Sock Store |
| 120 | Shadow Moonlight Store |
| 121 | Shenzhen Defan Technology Co., Ltd. |
| 122 | Shenzhen HaoXinDa Company Store |
| 123 | Shenzhen Huihuan Trade Development Co., Ltd. |
| 124 | Shoelace Culture Store |
| 125 | SHOP TSHIRT 007 Store |
| 126 | Shop3102076 Store |
| 127 | Shop396505386 Store |
| 128 | Shop4474148 Store |
| 129 | Shop4522001 Store |
| 130 | Shop5045288 Store |
| 131 | Shop5248168 Store |
| 132 | Shop5275034 Store |
| 133 | Shop5480110 Store |
| 134 | Shop5569199 Store |
| 135 | Shop5596313 Store |
| 136 | Shop5603229 Store |
| 137 | Shop5607154 Store |
| 138 | Shop5620207 Store |

| | |
|---|---|
| 139 | Shop5778911 Store |
| 140 | Shop5785875 Store |
| 141 | Shop5796160 Store |
| 142 | Shop5797420 Store |
| 143 | Shop5875675 Store |
| 144 | Shop5891698 Store |
| 145 | Shop5952218 Store |
| 146 | Shop5952219 Store |
| 147 | Shop900239167 Store |
| 148 | Shop910326083 Store |
| 149 | Shop910966057 Store |
| 150 | SJ Store |
| 151 | Sparkling Chili Store |
| 152 | Speciald31 Store |
| 153 | SuAmeng Store |
| 154 | Svetlana Store |
| 155 | tangyi Store |
| 156 | Tlopez Global Store |
| 157 | Touds Store |
| 158 | Travel House Store |
| 159 | t-shirt003 Store |
| 160 | t-shirt006 Store |
| 161 | t-shirt019 Store |
| 162 | VALIOSOPA Official Store |
| 163 | VBYGXTIN CKK Store |
| 164 | VISSMAK Boutique Store |
| 165 | VPM Official Store |
| 166 | Vsenfo Store |

| | |
|---|---|
| 167 | WAIT Store |
| 168 | Wiin Socks Store |
| 169 | WINNHO Store |
| 170 | WJFXSOX Store |
| 171 | WLucky Stickers Store |
| 172 | WONDERCUSTOM Store |
| 173 | WPLOIKJD 999 Store |
| 174 | xiao liang fitting Store |
| 175 | Xiaohei up Store |
| 176 | xiaoQ Fleece discount Store |
| 177 | XiuiXiu4 Store |
| 178 | XUE SUHigh-end wallpapers Store |
| 179 | xueyanzi901216 Store |
| 180 | XYDDJYNL Online Store |
| 181 | YBYAO Stationery Store |
| 182 | Yicai cothin Store |
| 183 | Yinuoda NO.14 Store |
| 184 | youCons Store |
| 185 | YOYIIGAA Official Store |
| 186 | YuanMian still shine Store |
| 187 | YUNKAI Socks shop Store |
| 188 | yusimaobu Store |
| 189 | ZINSAM Boutique Store |
| 190 | ZLEY Phone Accessories Store |
| 191 | ZUOAN Store |